

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00272-CV

———————————————————

BIOTE MEDICAL, LLC, Appellant

V.

JOHN CARROZZELLA, MD AND JCMD MEDICAL SERVICES, INC.,
Appellees

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-316952-20

Before Sudderth, C.J.; Wallach and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

After considering appellant BioTE Medical, LLC's petition for permissive appeal, filed September 1, 2021, we deny the petition. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d); Tex. R. App. P. 28.3(a), (f), (j); *see also* Tex. R. Civ. P. 168.

Per Curiam

Delivered:  September 16, 2021